# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BEEKS, | ) 1:05-cv-00791-REC-TAG-HC |
|     Petitioner, | ) ORDER LIFTING ABEYANCE (Doc. 7) |
| v. | ) ORDER GRANTING PETITIONER'S<br>) MOTION FOR LEAVE TO AMEND THE<br>) PETITION (Doc. 12) |
| GEORGE GIURBINO, | ) |
|     Respondent. | ) ORDER DIRECTING CLERK OF THE COURT<br>) TO FILE THE LODGED AMENDED<br>) PETITION OF FEBRUARY 24, 2006 (Doc. 13) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 8, 2005, Petitioner filed a motion to stay proceedings while he exhausted various claims in state court. (Doc. 6). On August 3, 2005, the Court granted the motion for stay. (Doc. 7). On February 24, 2006, Petitioner filed a Status Report with the Court indicating that Petitioner's state court habeas proceedings had been concluded on January 18, 2006, when the California Supreme Court denied his petition. (Doc. 14). At the same time, Petitioner lodged with the Court an amended petition that included the newly-exhausted claims (Doc. 13), and also filed a motion for leave to amend the petition. (Doc. 12).

**DISCUSSION**

A. <u>Abeyance</u>.

In the order granting the abeyance, the Court explained that it would hold the petition in abeyance until the California Supreme Court had rule on Petitioner's state habeas petition. (Doc. 7). Since the California Supreme Court denied the petition on January 18, 2006, the abeyance is hereby LIFTED.

1

B. <u>Amended Petition</u>.

The order granting the motion for abeyance indicated that when Petitioner's state court proceedings were concluded, he would be given an opportunity to file an amended petition that included any newly exhausted claims. (Doc. 7). Accordingly, Petitioner's motion for leave to file an amended petition (Doc. 12) is GRANTED. The Clerk of the Court is DIRECTED to file an amended petition which has already been lodged with the Court on February 24, 2006. (Doc. 13).

## **ORDER**

GOOD CAUSE appearing therefor, it is HEREBY ORDERED that:

1. The stay and abeyance ordered on August 3, 2005 (Doc. 7), is LIFTED;

2. Petitioner's Motion for Leave to file an Amended Petition (Doc. 12), is GRANTED; and,

3. The Clerk of the Court is DIRECTED to file the amended petition lodged with the Court on February 24, 2006. (Doc. 13).

IT IS SO ORDERED.

Dated:   **April 12, 2006**                             /s/ Theresa A. Goldner
**j6eb3d**                                              UNITED STATES MAGISTRATE JUDGE