IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ANTHONY BEEKS,<br><br>                              Petitioner,<br><br>   v.<br><br>GEORGE GIURBINO, Warden,<br><br>                              Respondent. | 1:05-cv-0791-LJO-TAG HC<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR EXPANSION OF TIM E TO FILE RESPONSE (Doc. 20)** |

On n June 8, 2007, Respondent filed the instant request for expansion of time within which to file a response to the petition for writ of habeas corpus. (Doc. 20). Respondent's counsel requests additional time because of the demands of his caseload. (<u>Id</u>. at p. 3).

Accordingly, GOOD CAUSE APPEARING THEREFOR, Respondent's request for expansion of time (Doc. 20), is GRANTED. Respondent is granted an extension of time to and including July 13, 2007, within which to file a response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   **June 14, 2007**                                        /s/ Theresa A. Goldner
                                                                                UNITED STATES MAGISTRATE JUDGE

Order