UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS A. BEEKS,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE GIURBINO,<br><br>    Respondent. | 1:05-CV-0791 LJO TAG HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br>(Doc. 28) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On August 7, 2007, petitioner filed a motion for leave to file a Memorandum of Points and Authorities in excess of 30 pages in support of his Traverse.  (Doc. 28).  Inasmuch as petitioner filed the Traverse concurrently on August 7, 2007 (Doc. 27), and good cause having been presented to the court, IT IS HEREBY ORDERED that:

    Petitioner's motion to file the memorandum in excess of 30 pages (Doc. 28), is GRANTED nunc pro tunc to August 7, 2007.

IT IS SO ORDERED.

Dated: **August 14, 2007**                               **/s/ Theresa A. Goldner**
                                                                       UNITED STATES MAGISTRATE JUDGE